1 | JOSHUA S. GOODMAN, ESQ. (SBN 116576)
PAVAN L. ROSATI, ESQ. (SBN 146171)
2 | ZACHARY S. TOLSON, ESQ. (SBN 242824)
JENKINS GOODMAN NEUMAN & HAMILTON LLP
3 | 417 Montgomery Street, 10th Floor
San Francisco, California 94104
4 | Telephone:    (415) 705-0400
Facsimile:    (415) 705-0411
5 |
Attorneys for Defendant
6 | HOME DEPOT U.S.A., INC.

ORIGINAL
FILED

OCT 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7                    UNITED STATES DISTRICT COURT

8         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

9 | BETTIE CLARK,                          Case No. C 07 5273

10 |                          Plaintiff,   NOTICE OF REMOVAL OF ACTION
                                           UNDER 28 U.S.C. § 1441 AND 28 U.S.C. §
11 |            vs.                         1446(b)

12 | THE HOME DEPOT U.S.A., INC., and       JURY TRIAL DEMANDED
     DOES 1 through 25, inclusive,
13 |
                             Defendants.
14 |

15 |        TO THE CLERK OF THE ABOVE-ENTITLED COURT:

16 |        PLEASE TAKE NOTICE that defendant HOME DEPOT U.S.A, INC. ("Home Depot"),

17 | erroneously sued herein as THE HOME DEPOT, U.S.A., INC., by and through its counsel, hereby

18 | removes the above-captioned action from the Superior Court of the State of California, in and for

19 | the County of Contra Costa, to the United States District Court, Northern District of California,

20 | San Francisco Division, for the reasons described below:

21 |        1.  Home Depot is the sole named defendant in a civil action pending against it in Contra

22 | Costa Superior Court, entitled *Bettie Clark v. The Home Depot, U.S.A., Inc.*, Case No. C07 01491.

23 | Attached hereto as **Exhibit A** is a copy of the Summons and Complaint for this action. This is the

24 | only process, pleading, or court order which has been served on Home Depot.

25 |        2.  Home Depot is the only named defendant in this case.

26 |        3.  Immediately following the filing of this Notice of Removal of Action, written notice of

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-1-
NOTICE OF REMOVAL OF ACTION

1  this filing will be served on Plaintiff and will be filed with the Clerk of the Superior Court for the

2  County of Contra Costa, in accordance with 28 U.S.C. § 1446(d).

3  <u>**JURISDICTION**</u>

4      4.  This is a civil action over which this Court has original jurisdiction under 28 U.S.C.

5  § 1332.  This case may be removed to this Court by Home Depot pursuant to the provisions of 28

6  U.S.C. § 1441(b) in that it is a case that could have been commenced in federal court based on

7  diversity of citizenship.  Both at the time that this action was commenced and at this time, Plaintiff

8  was and is a citizen of California.  Both at the time that this action was commenced and at this

9  time, Home Depot was and is a citizen of Delaware, and had and has its principal place of business

10  in Georgia.  "For purposes of removal…the citizenship of defendants sued under fictitious names

11  shall be disregarded."  28 U.S.C. §1441(a).

12      5.  The Superior Court action was served on July 23, 2007.  A request for statement of

13  damages was subsequently served upon Plaintiff on September 7, 2007, and Plaintiff served a

14  statement of damages on September 27, 2007, at which time it was ascertained that the amount in

15  controversy exceeds $75,000.  *See* Statement of Damages, attached as **Exhibit B** [damages stated

16  as $350,635.49 plus unknown current and future medical expenses].  Therefore the matter is

17  removable pursuant to 28 U.S.C. Section 1446(b).

18      WHEREFORE, the undersigned requests that the action described above be removed in its

19  entirety to this Court for all further proceedings pursuant to 28 U.S.C. § 1441, *et seq.*

20  <u>**DEMAND FOR JURY TRIAL**</u>

21      Defendant demands a jury trial.

22  DATED:  October 12, 2007                    JENKINS GOODMAN NEUMAN &
                                             HAMILTON LLP
23

24

By: _____
25      ZACHARY S. TOLSON
       Attorneys for Defendant
26      HOME DEPOT U.S.A., INC.

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-2-

# EXHIBIT 'A'

JUL-17-07  11:12  FROM-Freitas ..arthy et al  415-456-0266  T-274  P.006/006  F-200

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
THE HOME DEPOT U.S.A., INC. and DOES 1 through 25, inclusive

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED

2007 JUL 17 P 1:53

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.
BY _____ Deputy

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
BETTIE CLARK

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.  A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Contra Costa County Superior Court
725 Court Street
Martinez, CA  94553

CASE NUMBER:
*(Número del Caso):*  C07  01491

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Thomas F. Keating, Jr.    415-456-7500    415-456-0266
Freitas McCarthy MacMahon & Keating, LLP
1108 Fifth Avenue
San Rafael, CA  94901

DATE:                                           Clerk, by    C. AGUILAR-JACALA    , Deputy
*(Fecha)*  JUL 17 2007                        *(Secretario)*                      *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):*  THE HOME DEPOT U.S.A., INC.

   under: ☒ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20,465

10442909.tif - 7/17/2007 11:18:40 AM

1 THOMAS F. KEATING, JR. (SBN 76972)
2 ALLISON B. FRIEDMAN (SBN 236384)
  FREITAS, McCARTHY, MacMAHON & KEATING, LLP
  1108 Fifth Avenue, Third Floor
3 San Rafael, CA 94901
  Tel: (415) 456-7500
4 Fax: (415) 456-0266

5 Attorneys for Plaintiff
  BETTIE CLARK

**FILED**

2007 JUL 17 P 1:52

K TONG, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.

BY _____ DEPUTY

PER LOCAL RULE 5 THIS
CASE IS ASSIGNED TO
DEPT _____

6

7

8                    SUMMONS ISSUED SUPERIOR COURT OF CALIFORNIA

9                    IN AND FOR THE COUNTY OF CONTRA COSTA

10

11 BETTIE CLARK,                          Case No.:    **C 07    01491**

12          Plaintiff,

13     v.                                  **COMPLAINT FOR NEGLIGENCE**

14 THE HOME DEPOT U.S.A., INC. and DOES 1
   through 25, inclusive,
15                                          **BY FAX**
           Defendants.
16

17

18     Plaintiff BETTIE CLARK complains of Defendant THE HOME DEPOT U.S.A., INC., a

19 Delaware corporation doing business in the State of California and DOES 1 through 25, inclusive,

20 and each of them, and for a cause of action for negligence alleges:

21     1.     The true names and capacities, whether individual, corporate, associate or otherwise

22 of Defendants DOES 1 through 25, inclusive, are unknown to Plaintiff who therefore sues said

23 Defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each

24 of said Defendants is negligently or otherwise responsible in some manner for the events or

25 happenings herein referred to, and negligently or otherwise caused injury and damages proximately

26 thereby to the Plaintiff as herein alleged. Plaintiff prays leave of court that when the true names or

Freitas, McCarthy,
MacMahon & Keating
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

COMPLAINT FOR NEGLIGENCE

- 1 -

00037563.DOC

capacities of said fictitiously named Defendants or any or them are ascertained, she may be permitted to insert the same herein with appropriate charging allegations as to each.

2.      At all times herein mentioned, all of the Defendants were the agents, servants and employees of their Co-Defendants, and each of them, and at all of said times said Defendants were acting in the full course and scope of said agency, service and employment.

3.      On or about February 17, 2007, Plaintiff BETTIE CLARK was lawfully using the HOME DEPOT premises on San Pablo Avenue in the City of El Cerrito, California with the permission of owner and operator Defendant THE HOME DEPOT U.S.A., INC. and DOES 1 through 10.

4.      At said time and place, Defendants, and each of them, so negligently maintained, managed, constructed, designed, controlled and failed to warn of conditions on said premises as to allow a curb to protrude into a designated exterior walkway adjacent to the garden department in such a manner as to constitute a dangerous, unsafe and defective condition for patrons who were lawfully using said premises.

5.      As a direct and proximate result of said circumstances, Plaintiff BETTIE CLARK was caused to trip and fall, and to be injured in her health, strength and activity, sustaining injuries to her body and shock and injury to her nervous system and person, including but not limited to fractures of both of her elbows and extensive bruising about the eyes, mouth, chin and forehead, all of which injuries have caused, and continue to cause, great mental, physical and nervous pain and suffering.

6.      As a further proximate result of the tortuous conduct of Defendants, and each of them, Plaintiff has incurred and will continue to incur expenses for physicians, surgeons and other medical personnel, hospital care, medicine, skilled nursing, physical therapy and other treatment, the true and exact amount thereof being unknown to Plaintiff at this time.  Her medical care has included the pinning and plating of both elbows, a five day hospital stay and an approximately three week stay in a skilled nursing facility.  Plaintiff has undergone three surgeries to date and expects to undergo a

Freitas, McCarthy,
MacMahon & Keating
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

**COMPLAINT FOR NEGLIGENCE**

– 2 –

00037563.DOC

fourth surgery in the future.

WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

1. General damages in an amount as yet to be ascertained at the time of trial;

2. Special and incidental damages according to proof;

3. Costs of suit herein incurred;

4. Pre-judgment interest; and

5. Such other and further relief as the Court deems just and proper.

Dated: July 17, 2007          FREITAS, McCARTHY, MacMAHON & KEATING

By: _____
          THOMAS F. KEATING, JR.
          Attorneys for Plaintiff
          BETTIE CLARK

Freitas, McCarthy,
MacMahon & Keating
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

**COMPLAINT FOR NEGLIGENCE**

– 3 –

00037563.DOC

# EXHIBIT 'B'

Thomas F. Keating, Jr. (SBN 76972)
FREITAS McCARTHY MacMAHON & KEATING, LLP
1108 Fifth Avenue, Third Floor
San Rafael, CA  94901
Telephone: (415) 456-7500
Telecopier: (415) 456-0266

Attorneys for: Plaintiff
BETTIE CLARK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF CONTRA COSTA (MARTINEZ)

| | |
|---|---|
| BETTIE CLARK, | Case No.: C07 01491 |
| Plaintiff, | **PLAINTIFF'S RESPONSE TO REQUEST FOR STATEMENT OF DAMAGES** |
| v. | |
| THE HOME DEPOT U.S.A., INC. and DOES 1 through 25, inclusive, | |
| Defendants. | |

Plaintiff BETTIE CLARK responds to Defendant THE HOME DEPOT'S Request for Statement of Damages as follows:

1.    Medical expenses from 04/25/07 to present:

| | | |
|---|---|---:|
| a. | American Medical Response | $ 1,158.10 |
| b. | West Contra Costa Healthcare / Doctors Medical Center | 82,682.63 |
| c. | Jodi Adams, M.D. / California Emergency Physicians | 291.00 |
| d. | San Pablo Anesthesia Medical Group / William Nelson, M.D. | 1,725.00 |
| e. | East Bay Cardiology / Raymond Chang, M.D. | 25.50 |
| f. | Mercy Medical Transport | 537.06 |
| g. | Ray Seet, M.D. | 190.00 |
| h. | Northgate Personal Care | 12,022.20 |

Freitas, McCarthy,
MacMahon & Keating, LLP
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

00039456.DOC                    1        PLAINTIFF'S RESPONSE TO REQUEST FOR
                                         STATEMENT OF DAMAGES

|   |   |   |
|---|---|---|
| i. | Warren Becker, M.D. / Community Mobile Diagnostics | 12.40 |
| j. | David Jensen, M.D. | 99.00 |
| k. | Joseph Matan, M.D. | 1,892.60 |
|    |                     | $100,635.49 |

2. Medical expenses from 04/25/07 to present:  Pending

3. Future medical expenses:  Unknown

4. General damages: $250,000

Dated: September 26, 2007          FREITAS, McCARTHY, MacMAHON & KEATING, LLP

By:  _____

THOMAS F. KEATING, JR.
Attorneys for Plaintiff
BETTIE CLARK

Freitas, McCarthy,
MacMahon & Keating, LLP
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

00039456.DOC                2        PLAINTIFF'S RESPONSE TO REQUEST FOR
                                     STATEMENT OF DAMAGES

**PROOF OF SERVICE**

1

2        I am a resident of the United States, County of Marin, over 18 years of age, and not a party to
the within action. My business address is 1108 Fifth Avenue, Third Floor, San Rafael, California
3    94901, which is located in the County of Marin, where the service described below took place.

4        On the date hereon, I served the following document in a sealed envelope described as:

5    **PLAINTIFF'S RESPONSE TO REQUEST FOR STATEMENT OF DAMAGES**

6    on the interested parties in this action addressed as follows:

7    Joshua S. Goodman, Esq.
Pavan L. Rosati, Esq.
8    Zachary S. Tolson, Esq.
9    Jenkins Goodman Neuman & Hamilton, LLP
417 Montgomery Street, 10th floor
10   San Francisco, CA 94104

11

12   XXX   (BY MAIL)

13   I am readily familiar with the business practice at my place of business for collection and processing
of correspondence for mailing with the United States Postal Service. Correspondence so collected
14   and processed is deposited with the United States Postal Service that same day in the ordinary course
15   of business. On the date hereon, at my business, the document described above was placed for
deposit in the United States Postal Service, with postage fully prepaid, addressed to the person(s) as
16   described herein; and that envelope was placed for collection and mailing on that date following
ordinary business practice. [CCP §§1013a(1), 1013a (3)]
17

18       I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct. Executed on September 27 , 2007, at San Rafael, California.
19

20

21                    _Debra Sheppard_
Debra Sheppard
22

23

24

25

26

27

28

Freitas, McCarthy,
MacMahon & Keating, LLP
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

00039456.DOC                    3        PLAINTIFF'S RESPONSE TO REQUEST FOR
                                          STATEMENT OF DAMAGES

1

## PROOF OF SERVICE

2    **CASE NAME:** *Bettie Clark v. Home Depot USA, Inc.*
     **CASE NUMBER:**
3    **DATE OF SERVICE:** October 15, 2007
     **DESCRIPTION OF DOCUMENTS SERVED:**

4

5         **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. section 1441**
          **and 28 U.S.C. section 1446(b)**

6    **SERVED ON THE FOLLOWING:**

7    **Plaintiff's counsel:**
     Thomas F. Keating, Jr.
8    Allison B. Friedman
     Frietas, McCarthy, MacMahon & Keating, LLP
9    1108 Fifth Avenue, Third Floor
     San Rafael, CA 94901
10   415.456.7500
     415.456.0266 fax

11

12        I am over the age of 18 years and not a party to or interested in the above-named
     case. I am an employee of Jenkins Goodman Neuman & Hamilton LLP, and my business
13   address is 417 Montgomery Street, 10th Floor, San Francisco, CA 94104. On the date
     stated above, I served a true copy of the document(s) described above, by mail, by placing
14   said document(s) in an envelope, addressed as shown above for collection and mailing on
     the date shown above following the ordinary business practices of Jenkins Goodman
15   Neuman & Hamilton LLP. I am readily familiar with my firm's practice for collection and
     processing of correspondence for mailing with the United States Postal Service. Under
16   that practice, said document(s) would be deposited with the United States Postal Service at
     a post box in San Francisco, California on the same day (at approximately 5:00 P.M.) with
17   postage thereon fully prepaid for first class mail.

18        I declare under penalty of perjury under the laws of the State of California that the
     foregoing is true and correct and that this declaration was executed on the date stated
19   above.

20                                          *N. Sands*
                                       _____
21                                          Nikki Sands

22   f:\docs\jsg\clark v. home depot\pleadings\pos.doc

23

24

Jenkins Goodman
Neuman & Hamilton
LLP          25
417 Montgomery St.
10th Floor
San Francisco, CA
94104        26
(415) 705-0400

                                          -1-

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**

Bettie Clark

**DEFENDANTS**

The Home Depot U.S.A., Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas F. Keating, Jr., Frietas McCarthy MacMahon & Keating, 1108 Fifth Avenue, 3rd Floor, San Rafael, CA 94901

ATTORNEYS (IF KNOWN)

Joshua S. Goodman, Pavan L. Rosati, Jenkins Goodman Neuman & Hamilton LLP, 417 Montgomery Street, 10th Floor, San Francisco,

**VI. CAUSE OF ACTION** 28 USC Sec 1441 & 28 USC 1446(b)

**DATE** 10-15-07