IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTIE CLARK, | No. C 07-5273 MMC |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| THE HOME DEPOT U.S.A., INC., | |
| Defendant. / | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: October 23, 2007

_____
MAXINE M. CHESNEY
United States District Judge