Thomas F. Keating, Jr. (SBN 76972)
FREITAS, McCARTHY, MacMAHON & KEATING, LLP
1108 Fifth Avenue, Third Floor
San Rafael, CA 94901
Telephone:   (415) 456-7500
Telecopier:   (415) 456-0266

Attorneys for Plaintiff BETTIE CLARK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTIE CLARK,<br><br>        Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT U.S.A., INC. and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No. C 07-05273 JSW<br><br>**PROOF OF SERVICE FOR ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

I am a resident of the United States, County of Marin, over 18 years of age, and not a party to the within action. My business address is 1108 Fifth Avenue, Third Floor, San Rafael, California 94901, which is located in the County of Marin, where the service described below took place.

On the date hereon, I served the following document in a sealed envelope described as:

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

on the interested parties in this action addressed as follows:

Joshua S. Goodman, Esq.
Pavan L. Rosati, Esq.
Zachary S. Tolson, Esq.
Jenkins Goodman Neuman & Hamilton, LLP
417 Montgomery Street, 10th floor
San Francisco, CA 94104
Attorneys for defendant The Home Depot
/ / /
/ / /

00040536.DOC    1    PROOF OF SERVICE FOR ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT

Freitas, McCarthy,
MacMahon & Keating, LLP
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

<u>XXX</u>   (BY MAIL)

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date hereon, at my business, the document described above was placed for deposit in the United States Postal Service, with postage fully prepaid, addressed to the person(s) as described herein; and that envelope was placed for collection and mailing on that date following ordinary business practice. [CCP §§1013a(1), 1013a (3)]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 1, 2007, at San Rafael, California.

*Debbie Sheppard*
Debbie Sheppard

Freitas, McCarthy,
MacMahon & Keating, LLP
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

00040536.DOC — 2 — PROOF OF SERVICE FOR ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT