UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BETTIE CLARK

                Plaintiff(s),

       v.

THE HOME DEPOT

                Defendant(s).
_____/

CASE NO. C 07-05273 JSW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference February 1, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Thomas F. Keating, Jr. | Plaintiff Bettie Clark | 415-456-7500 | tkeating@freitaslaw.com |
| Zachary S. Tolson | Defendant The Home Depot | 415-705-0400 | ztolson@jgn.com |
|  |  |  |  |
|  |  |  |  |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 01/10/08

/s/ Thomas F. Keating, Jr.
Attorney for Plaintiff

Dated: 01/10/08

/s/ Zachary S. Tolson
Attorney for Defendant

Rev 12.05

# PROOF OF SERVICE

I am a resident of the United States, County of Marin, over 18 years of age, and not a party to the within action. My business address is 1108 Fifth Avenue, Third Floor, San Rafael, California 94901, which is located in the County of Marin, where the service described below took place.

On the date hereon, I served the following document in a sealed envelope described as:

## NOTICE OF NEED FOR ADR PHONE CONFERENCE

on the interested parties in this action addressed as follows:

Joshua S. Goodman, Esq.
Pavan L. Rosati, Esq.
Zachary S. Tolson, Esq.
Jenkins Goodman Neuman & Hamilton, LLP
417 Montgomery Street, 10th floor
San Francisco, CA 94104
Attorneys for defendant The Home Depot

**_Courtesy Copy_**
Honorable Jeffery S. White
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

XXX    (BY MAIL)

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date hereon, at my business, the document described above was placed for deposit in the United States Postal Service, with postage fully prepaid, addressed to the person(s) as described herein; and that envelope was placed for collection and mailing on that date following ordinary business practice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 10, 2008, at San Rafael, California.

*Debbie Sheppard* (signature)
Debbie Sheppard

Freitas, McCarthy, MacMahon & Keating, LLP
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

00042353.DOC    1    PROOF OF SERVICE