**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETTIE CLARK,

    Plaintiff,

  v.

THE HOME DEPOT U.S.A., INC.,

    Defendant.

No. C 07-05273 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further proceedings.

**IT IS SO ORDERED.**

Dated: January 28, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom