**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**January 30, 2008**

CASE NUMBER:  CV 07-05273 JSW
CASE TITLE:  BETTIE CLARK-v-THE HOME DEPOT

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Edward M. Chen** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **EMC** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/30/08

FOR THE EXECUTIVE COMMITTEE:

_____
        Richard W. Wieking
                                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                                  Entered in Computer 1/30/08ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                       Transferor CSA