1  Thomas F. Keating, Jr. (SBN 76972)
   FREITAS, McCARTHY, MacMAHON & KEATING, LLP
2  1108 Fifth Avenue, Third Floor
   San Rafael, CA  94901
3  Telephone:    (415) 456-7500
   Telecopier:    (415) 456-0266
4
   Attorneys for Plaintiff BETTIE CLARK
5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  BETTIE CLARK,                        )   Case No. C 07-05273 EMC
                                         )
11              Plaintiff,               )   **PROOF OF SERVICE FOR CASE**
                                         )   **MANAGEMENT CONFERENCE ORDER**
12      v.                               )   **(Reassigned Case)**
                                         )
13  THE HOME DEPOT U.S.A., INC. and DOES )
    1 through 25, inclusive,             )
14                                       )
                                         )
15              Defendants.              )
    _____)

16

17      I am a resident of the United States, County of Marin, over 18 years of age, and not a party to

18  the within action.  My business address is 1108 Fifth Avenue, Third Floor, San Rafael, California

19  94901, which is located in the County of Marin, where the service described below took place.

        On the date hereon, I served the following document in a sealed envelope described as:
20
                      **CASE MANAGEMENT CONFERENCE ORDER**
21
    on the interested parties in this action addressed as follows:
22
    Joshua S. Goodman, Esq.
23  Pavan L. Rosati, Esq.
    Zachary S. Tolson, Esq.
24  Jenkins Goodman Neuman & Hamilton, LLP
    417 Montgomery Street, 10th floor
25  San Francisco, CA  94104
    Attorneys for defendant The Home Depot
26

27  XXX    (BY MAIL)
        I am readily familiar with the business practice at my place of business for collection and
28

Freitas, McCarthy,
MacMahon & Keating, LLP
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

00043179.DOC                         1            PROOF OF SERVICE FOR ORDER CASE
                                                  MANAGEMENT CONFERENCE ORDER

processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.  On the date hereon, at my business, the document described above was placed for deposit in the United States Postal Service, with postage fully prepaid, addressed to the person(s) as described herein; and that envelope was placed for collection and mailing on that date following ordinary business practice.  [CCP §§1013a(1), 1013a (3)]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on February 8, 2008, at San Rafael, California.

*Debbie Sheppard*

Debbie Sheppard

00043179.DOC    2    PROOF OF SERVICE FOR ORDER CASE MANAGEMENT CONFERENCE ORDER