**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**Date:** February 27, 2008

**Case No:** C07-5273 EMC                                        **FTR Time:** 1:46 - 2:02 p.m.

**Case Name:** Bettie Clark v. Home Depot

**Attorneys:**     Tom Keating, Jr. for Plaintiff
                   Zachary Tolson for Defendant

**Deputy Clerk:**     Betty Fong


**PROCEEDINGS:**

- CASE MANAGEMENT CONFERENCE (Held)

**ORDERED AFTER HEARING:**

1. A trial date and ADR deadline have not been set. Dates will be set at the next case management conference once clarification as to the parties has been obtained.
2. Rule 26(f) initial disclosure report shall be filed by **3/12/08.**
3. Defendant shall add third party or file cross-claim by **3/27/08**.
4. If third party is added, plaintiff shall file amendment to complaint by **4/28/08.**
5. No depositions are allowed until further notice. Parties are allowed to proceed with focused written discovery.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 4/23/08 1:30 p.m. Further Case Management Conference. An updated joint case management conference statement shall be filed by 4/16/08.

cc: EMC