**United States District Court**
For the Northern District of California

1
2
3
4                     UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7   BETTIE CLARK,                              Case No. C07-5273 EMC

8              Plaintiff,

9        v.                                    **CASE MANAGEMENT AND PRETRIAL
                                               CONFERENCE ORDER**
10  THE HOME DEPOT U.S.A., INC.,

11             Defendant.
    _____/

12         Following the Case Management Conference held on **2/27/08,** a further case management

13  conference is set for **4/23/08 at 1:30 p.m.** before Magistrate Judge Chen in Courtroom C, 15th

14  Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.  Updated joint case

15  management conference statement is due **4/16/08.**

16         Pursuant to Fed.R.Civ.P. 16, IT IS ORDERED THAT the following case management and

17  pretrial order is entered:

18  1.     A trial date and ADR deadline have not been set.  Dates will be set at the next case

19         management conference once clarification as to the parties has been obtained.

20  2.     Rule 26(f) initial disclosure report shall be filed by **3/12/08.**

21  3.     Defendant shall add third party or file cross-claim by **3/27/08.**

22  4.     If third party is added, plaintiff shall file amendment to complaint by **4/28/08.**

23  5.     No depositions are allowed until further notice.  Parties are allowed to proceed with focused

24         written discovery.

25  Dated:   February 28, 2008

26                                             _____
27                                             EDWARD M. CHEN
                                               United States Magistrate Judge
28