Thomas F. Keating, Jr. (SBN 76972)
FREITAS, McCARTHY, MacMAHON & KEATING, LLP
1108 Fifth Avenue, Third Floor
San Rafael, CA 94901
Telephone:   (415) 456-7500
Telecopier:  (415) 456-0266

Attorneys for Plaintiff BETTIE CLARK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTIE CLARK,<br><br>    Plaintiff,<br><br>  v.<br><br>THE HOME DEPOT U.S.A., INC. and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. C 07-05273-EMC<br><br>**PLAINTIFF'S INITIAL DISCLOSURE** |

Plaintiff BETTIE CLARK hereby submits the following Initial Disclosures, pursuant to Civil L.R. 16-5 and FRCP 26(a)(1).

### WITNESSES:

1) Bettie Clark, 410 South Palm Dr., #313, Novato California, 94949, (415) 456-7500.

2) Lany Hillecamp, 826 Curtis Street, Albany California 947706 (510) 525-5508.

3) Joseph Matan, M.D., 2160 Appian Way, Pinole, California 94564 (510) 724 4300.

### DOCUMENTS:

1) Photographs of the scene of the accident and Plaintiff's injuries.

2) Plaintiff's medical records and bills.

Freitas, McCarthy,
MacMahon & Keating, LLP
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

00043807.DOC             1             PLAINTIFF'S INITIAL DISCLOSURE

**DAMAGES:**

In the course of the accident, Mrs. Clark sustained severe comminuted bilateral dislocation fractures of both elbows known as Monteggia fractures, a nasal fracture and facial abrasions. She spent 5 days in the hospital and more than a month in a nursing facility immediately after the accident. She has undergone 4 surgeries, two on each elbow. In the first two surgeries, performed during her first hospital stay, the elbow fractures were pinned, wired and casted. The pins were removed from the right arm first and from the left in a subsequent fourth surgery. At this point, nearly a year post accident, she continues to suffer from bilateral elbow pain and stiffness, worse on the right. She cannot straighten her elbows. The stiffness and decrease in mobility have plateaued.

Her medical expenses to date are as follows:

| | | |
|---|---|---:|
| a. | American Medical Response | 1,158.10 |
| b. | West Contra Costa Healthcare / Doctors Medical Center | 98,451.75 |
| c. | Jodi Adams, M.D. / California Emergency Physicians | 291.00 |
| d. | San Pablo Anesthesia Medical Group / William Nelson, M.D. | 1,725.00 |
| e. | East Bay Cardiology / Raymond Chang, M.D. | 25.50 |
| f. | Mercy Medical Transport | 537.06 |
| g. | Ray Seet, M.D. | 190.00 |
| h. | Northgate Personal Care | 12,022.20 |
| i. | Warren Becker, M.D. / Community Mobile Diagnostics | 12.40 |
| j. | David Jensen, M.D. | 99.00 |
| k. | Joseph Matan, M.D. | 4,584.60 |
| l. | Hilltop Imaging & Diagnostic Center - | 213.00 |
| | Total | $119.309.61 |

//

Plaintiff is also claiming pain and suffering in the amount of $250,000.

Freitas, McCarthy,
MacMahon & Keating, LLP
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

00043807.DOC    2    PLAINTIFF'S INITIAL DISCLOSURE

1 | Dated: March 12, 2008    FREITAS, McCARTHY, MacMAHON & KEATING, LLP

By:  /s/ Thomas F. Keating, Jr.
     Thomas F. Keating, Jr.

Freitas, McCarthy,
MacMahon & Keating, LLP
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

00043807.DOC    3    PLAINTIFF'S INITIAL DISCLOSURE

# PROOF OF SERVICE

I am a resident of the United States, County of Marin, over 18 years of age, and not a party to the within action. My business address is 1108 Fifth Avenue, Third Floor, San Rafael, California 94901, which is located in the County of Marin, where the service described below took place.

On the date hereon, I served the following document in a sealed envelope described as:

**PLAINTIFF'S INITIAL DISCLOSURE**

on the interested parties in this action addressed as follows:

Joshua S. Goodman, Esq.
Pavan L. Rosati, Esq.
Zachary S. Tolson, Esq.
Jenkins Goodman Neuman & Hamilton, LLP
417 Montgomery Street, 10th floor
San Francisco, CA  94104
Attorneys for defendant The Home Depot

<u>XXX</u>   (BY MAIL)
I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date hereon, at my business, the document described above was placed for deposit in the United States Postal Service, with postage fully prepaid, addressed to the person(s) as described herein; and that envelope was placed for collection and mailing on that date following ordinary business practice. [CCP §§1013a(1), 1013a (3)]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on March 12, 2008, at San Rafael, California.

<u>/s/ Debbie Sheppard</u>

Freitas, McCarthy, MacMahon & Keating, LLP
1108 Fifth Avenue
Third Floor
San Rafael, CA 94901
415-456-7500

00043807.DOC    4    PLAINTIFF'S INITIAL DISCLOSURE