**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** April 23, 2008

**Case No:** C07-5273 EMC            **FTR Time:** 1:36-1:59 p.m.

**Case Name:**    Clark v. Home Depot.

    **Attorneys:**    Christian Kemos for Plaintiff
                        Zachary Tolson for Defendants

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

    STATUS CONFERENCE - Held

**ORDERED AFTER HEARING:**

5-Day jury trial set for 4/27/09. Discovery stay lifted. Each side may take up to 10 depositions. Parties do not wish to be referred to any Alternative Dispute Resolution Program or settlement conference at this time. The parties shall immediately contact the Court should either party be interested in exploring ADR. Court to issue other deadlines in the case management conference order.

**Order to be prepared by:** [ ] Plntf  [ ] Deft  [x] Court

**Case continued to:** 07/23/08 at 2:30 p.m. for Status Conference. A Joint Status Conference Statement shall be filed by 7/16/08.

cc: EMC