# EXHIBIT 'A'

# EXHIBIT 'A'

# EXHIBIT A

## ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND

United State District Court
For The Northern District Of California -- San Francisco Division
Case Number 3:07-cv-05273-EMC

I, _____ [full name], of _____ [address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on _____ in the case of *Bettie Clark v. Home Depot, United State District Court, Northern District of California, San Francisco Division, Case Number 3:07-cv-05273-EMC*. I agree to comply and be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after the termination of this action.

I hereby appoint _____ [full name], of _____ [address and telephone number], as my California agent for service of process in connection with this action or any proceeding related to enforcement of this Stipulated Protective Order.

_____
[Date]

_____
[City and State where sworn and signed]

_____
[Printed name]

_____
[Signature]

1