JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
ZACHARY S. TOLSON, ESQUIRE - State Bar #242824
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone:   (415) 705-0400
Facsimile:    (415) 705-0411
jgoodman@jgn.com
ztolson@jgn.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATE DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTIE CLARK,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT U.S.A., INC., et al.,<br><br>                    Defendants. | Case No. 3:07-cv-05273-EMC<br><br>**ADDENDUM TO STIPULATED PROTECTIVE ORDER** |

## ADDENDUM

1.   Defendant HOME DEPOT U.S.A., INC. ("Home Depot") and Plaintiff BETTIE CLARK ("Plaintiff") entered into a Stipulated Protective Order that was approved by the Court on May 23, 2008 (Pacer Document 25).

2.   At this point in time, there are over 7,000 pages of construction documents, many which contain confidential and/or proprietary information related to the costs associated with building a Home Depot.

3.   At this point in time, there are over 7,000 pages of construction documents, many of which are related to environmental issues which are likely irrelevant to this case.

4.   Due to the high volume of documents with questionable relevancy, Home Depot and Plaintiff hereby stipulate and agree that although these documents are not

1  marked as Protected Material (as defined by ¶2.8 of the Stipulated Protective Order), they
2  are hereby designated as Protected Material, and shall be redacted and marked in
3  accordance with the terms of the Stipulated Protective Order prior to any proposed usage
4  or transmission under the Stipulated Protective Order, and that at least 72 hours notice
5  shall be given to Home Depot to object to the use of said materials, or that Home Depot
6  will provide written consent to use said materials without redaction or designation under
7  the Stipulated Protective Order.

8    IT IS SO STIPULATED.
9  Dated: 6/23/08                      JENKINS GOODMAN NEUMAN &
                                        HAMILTON

                                        By: _____
                                        Zachary S. Tolson, Esq.
                                        Attorneys for Defendant
                                        HOME DEPOT U.S.A., INC

14 Dated: 6/20/08                      FRIETAS, MCCARTHY, MACMAHON
                                        & KEATING, LLP

                                        By: _____
                                        Thomas F. Keating, Jr. Esq.
                                        Christian F. Kemos, Esq.
                                        Attorneys for Plaintiff
                                        BETTIE CLARK

                        **ORDER**

22   IT IS SO ORDERED.

   Dated: _____             _____
                                        Judge of the United States District Court
                                        Northern District of California

26  f:\docs\jsg\clark v. home depot\discovery\protective order\protective order addendum.rev.doc

-2-

ADDENDUM TO STIPULATED PROTECTIVE ORDER