JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
ZACHARY S. TOLSON, ESQUIRE – State Bar #242824
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone:      (415) 705-0400
Facsimile:      (415) 705-0411
jgoodman@jgn.com
ztolson@jgn.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATE DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTIE CLARK,<br><br>                              Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT U.S.A., INC., et al.,<br><br>                              Defendants. | Case No. 3:07-cv-05273-EMC<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:             **July 23, 2008**<br>Time:            **2:30 p.m.**<br>Department:  **C**<br>Judge:           **Magistrate Edward M. Chen** |

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

Defendant HOME DEPOT U.S.A., INC., (erroneously sued herein as "THE HOME DEPOT U.S.A., INC.") ("Home Depot") and Plaintiff BETTIE CLARK hereby jointly submit the following updated status report regarding discovery completed to date and the possibility of ADR, per Judge Chen's April 29, 2008 case management and pretrial order, as follows:

**1.    Discovery Update.**

Home Depot has subpoenaed Plaintiff's medical records for review.  Home Depot provided Responses and Amended Responses to Plaintiff's Interrogatories and Requests for Production, including 7,344 pages of construction documents and documentation regarding local and nationwide reports of curb/tire-stop accidents.  Both parties have exchanged initial disclosures. Home Depot will likely arrange for an Independent Medical Examination sometime in the next 90

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

1  days. Home Depot will likely take Plaintiff's deposition in the next 120 days. Home Depot will
2  likely depose Lanny Hillencamp in the next 120 days. Plaintiff's counsel will likely depose several
3  Home Depot employees, including persons most knowledgeable, and construction company
4  employees over the next 120 days.

5  Both parties are still engaged in efforts to determine who designed and constructed the area
6  where the accident happened, but this has been exceedingly difficult given the volume of
7  construction documents and 16-year history of the facility.

**2.   ADR Possibilities.**

9  Home Depot's position is that this lawsuit is without merit and that ADR at this point is not
10 feasible given the claimed amount of damages. However, Home Depot may be willing to consider
11 some form of ADR following Plaintiff's deposition.

DATED: July 16, 2008                JENKINS GOODMAN NEUMAN &
                                    HAMILTON LLP

                                    By:      /s/
                                          ZACHARY S. TOLSON
                                          Attorneys for Defendant
                                          HOME DEPOT U.S.A., INC.


DATED: July 16, 2008                FRIETAS, MCCARTHY, MACMAHON &
                                    KEATING, LLP

                                    By:      /s/
                                          CHRISTIAN F. KEMOS
                                          Attorneys for Plaintiff
                                          BETTIE CLARK

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400