**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** July 23, 2008

**Case No:** C07-5273 EMC          **FTR Time:** 2:36-2:41 p.m.

**Case Name:**     Clark v. Home Depot.

**Attorneys:**  Christian Kemos for Plaintiff
Zachary Tolson for Defendants

**Deputy Clerk:** Betty Fong


**PROCEEDINGS:**

STATUS CONFERENCE - Held


**ORDERED AFTER HEARING:**

5-Day jury trial already set for 4/27/09.  Private mediation shall be completed by 12/15/2008.  Parties shall contact court by 8/29/08 if desire to utilize court ADR.


**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ]  Court

**Case continued to:** 12/3/08 at 2:30 p.m. for Status Conference.  A Joint Status Conference Statement shall be filed by 11/26/08.


**cc: EMC**