JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
ZACHARY S. TOLSON, ESQUIRE – State Bar #242824
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411
jgoodman@jgn.com
ztolson@jgn.com
Attorneys for Defendant, HOME DEPOT U.S.A., INC.

UNITED STATE DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTIE CLARK,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT U.S.A., INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 3:07-cv-05273-EMC<br><br>**STIPULATION FOR DISMISSAL** |

　　　Pursuant to FED.R.CIV.PRO. 41(a)(ii) it is hereby stipulated and agreed that Plaintiff BETTIE CLARK hereby voluntarily dismisses the above-captioned case with prejudice, in entirety, each party to bear their own costs.

DATED: Dec. 10, 2008　　　　　FRIETAS, MCCARTHY, MACMAHON & KEATING, LLP

　　　　　　　　　　　　　　　　By: /s/
　　　　　　　　　　　　　　　　THOMAS F. KEATING, JR.
　　　　　　　　　　　　　　　　Attorneys for Plaintiff, BETTIE CLARK

DATED: Dec. 10, 2008　　　　　JENKINS GOODMAN NEUMAN & HAMILTON LLP

　　　　　　　　　　　　　　　　By: /s/
　　　　　　　　　　　　　　　　JOSHUA S. GOODMAN / ZACHARY TOLSON
　　　　　　　　　　　　　　　Attorneys for Defendant, HOME DEPOT U.S.A., INC.

**IT IS SO ORDERED.**

DATED: Dec. 17, 2008　　　　　By: _____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[SEAL: IT IS SO ORDERED — Judge Edward M. Chen]

-1-

STIPULATION FOR DISMISSAL